UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DERICK COLIN WILKINSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 1:24-CR-161<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |
|---|---|---|

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The Federal Public Defender's Office hereby substitutes Erin S. Bolinger, Chief North Dakota Trial Counsel, as attorney of record regarding the above captioned matter.

Dated this 7th day of July, 2025.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Erin S. Bolinger*
        Erin S. Bolinger
        Chief North Dakota Trial Counsel
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        100 West Broadway Avenue, Suite 230
        Bismarck, ND 58501
        Telephone: 701-250-4500 Facsimile: 701-250-4498
        filinguser_SDND@fd.org