IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERICK COLIN WILKINSON,<br><br>    Defendant. | 1:24-CR-161<br><br>DEFENDANT'S MOTION TO CONTINUE TRIAL |

    Comes now, Derick Colin Wilkinson, by and through his attorney, Chief North Dakota Trial Counsel Erin S. Bolinger, and moves the Court for its Order continuing the trial date of October 07, 2025, for 90 days on the following grounds:

    In order to properly represent Defendant, the undersigned needs additional time to locate witnesses, to complete the investigation, and to prepare for trial.

    The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Dated this 14th day of August, 2025.

    Respectfully submitted,

    JASON J. TUPMAN
    Federal Public Defender
    By:

    */s/  Erin S. Bolinger*
    Erin S. Bolinger
    Chief North Dakota Trial Counsel
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    100 West Broadway Avenue, Suite 230
    Bismarck, ND 58501
    Telephone: 701-250-4500
    Facsimile: 701-250-4498
    filinguser_SDND@fd.org