IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERICK COLIN WILKINSON,<br><br>Defendant. | Case No. 1:24-cr-00161<br><br>**UNITED STATES' REQUEST FOR COURT VOIR DIRE AND ALTERNATE JURORS** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 24(a)(2), hereby requests that the Court ask the jury panel the following questions when initially examining prospective jurors:

1. Does anyone hold membership in any group or groups which are opposed to the federal government?

2. During this trial, you will likely hear testimony from law enforcement witnesses, including members of the FBI. Over the past ten years, there has been a large number of media and political coverage about the FBI; specifically, FBI leadership. Based upon this political and media coverage, does any member of this panel have a negative opinion of the FBI?  Based upon this coverage, does any member of this panel feel that you would give an FBI agent's testimony less weight than you would any other witness?  Due to this coverage, does any member of this panel feel any ill will toward the FBI or its agents?

3. Does anyone know any other potential jurors seated in this courtroom?

    a. If so, what is your relationship with this other potential juror?

    b. If so, how often do you interact with this other potential juror?

    c. If so, would you feel comfortable disagreeing with, or voicing your opinion toward, this other potential juror?

    d. If so, is there anything that would make you feel uncomfortable about sitting on jury with this other potential juror?

4. Does anyone believe that family violence between significant others should be handled in the home, and not in court?

5. Does anyone believe that it is wrong for the federal government to get involved in a family violence case?

6. Does anyone believe that it is wrong for the federal government to investigate and prosecute crimes occurring on Federal Indian Reservations?

Prior to making causal or preemptory challenges, the United States respectfully requests an opportunity to ask the jury panel additional questions, which are not contained in this filing. The United States respectfully requests ten (10) minutes to ask these additional questions.

Finally, pursuant to Federal Rule of Criminal Procedure 24(c)(1), the United States requests that the Court empanel two alternate jurors.

Dated: July 6, 2026.

NICHOLAS W. CHASE
United States Attorney

By:    */s/ Jonathan J. O'Konek*
JONATHAN J. O'KONEK
Assistant United States Attorney
ND Bar ID 06821
P.O. Box 699
Bismarck, ND 58502-0699
(701) 530-2420
jonathan.okonek@usdoj.gov
Attorney for United States

2