**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No. 1:24-cr-00161 |
| Derick Colin Wilkinson, | |
| Defendant. | |

**ORDER GRANTING MOTION TO CONTINUE TRIAL**

[¶ 1]   THIS MATTER comes before the Court on a joint Motion to Continue Trial filed by the Defendant on July 13, 2026. Doc. No. 92. Trial is scheduled in this matter for August 11, 2026. This is the Defendant's **sixth** request for continuance in this case.

[¶ 2]   As grounds for the continuance request, Counsel for Defendant states one of their expert witnesses is involved in a murder trial in Minnesota during the scheduled dates and will be unavailable. The United States does not object. The Defendant has filed an Informed Consent to Continuance. Doc. No. 92-1.

[¶ 3]   Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7).  See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). Accordingly, the Defendant's Motion to Continue is **GRANTED**.

[¶ 4]   Trial shall be rescheduled for Monday, October 26, 2026, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A seven (7) day trial is anticipated. All time that elapses from

- 2 -

the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7).

[¶ 5]   **IT IS SO ORDERED.**

DATED July 16, 2026.

Daniel M. Traynor, District Judge
United States District Court